IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:05-00126-05

TONYA S. GIBSON

## MEMORANDUM OPINION AND ORDER

The court is in receipt of letters from defendant and her mother asking the court to reduce defendant's sentence, sentence her to home confinement, and/or otherwise reduce her sentence. The court may not modify a term of imprisonment once it has been imposed except in very limited circumstances, none of which are present here.  See 18 U.S.C. § 3582(c); U.S. v. Hudson, 2002 WL 1980686 (10th Cir. 2002); U.S. v. Fraley, 988 F.2d 4 (4th Cir. 1993).

The Clerk is directed to send a copy of this Memorandum Opinion and Order to defendant, counsel of record, the Probation Office of this court, and the United States Marshal for the Southern District of West Virginia.

It is SO ORDERED this 20th day of March, 2009.

                      ENTER:

                      David A. Faber
                      Senior United States District Judge